FILED
2014 Jul-14  AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WANDA K. SMITH, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> CAROLYN COLVIN, ) <br> COMMISSIONER, SOCIAL SECURITY ) <br> ADMINISTRATION, ) <br> ) <br> Defendant ) | Case No. 2:13-cv-01383-SLB |

## MEMORANDUM OPINION

On June 6, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the Commissioner's decision be affirmed.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 14th day of July, 2014.

_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE